UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL G. MUTHEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 09-1034 |
| V. | § | |
| | § | |
| GC SERVICES CORPORATION | § | JURY DEMAND |
| | § | |
| Defendant. | | |

## FINAL JUDGMENT

In light of Plaintiff's Stipulation of Dismissal with Prejudice of her claims against Defendant, GC SERVICES, INC. it is;

**ORDERED,** that Plaintiff shall take nothing by way of this suit and that judgment is rendered in favor of Defendant.

**ORDERED** that all costs, including attorney's fees and expenses, are to be taxed against the party incurring the same.

**THIS IS A FINAL JUDGMENT.**

SIGNED this 13th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE